**Case No. 26-769**

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

BEAGLE LABS, INC.; BEAGLE TECHNOLOGIES, INC.; BIG BEAGLE, INC.;
RENTAL PROPERTY MANAGERS ASSOCIATION LLC; and
YRIG RISK RETENTION GROUP, INC.,
Plaintiffs-Appellants,

v.

APPFOLIO, INC.,
Defendant-Appellee.

---

Appeal from the United States District Court for the Central District of California
Case No. 2:25-cv-12248-JFW-SSC
Honorable John F. Walter

---

# APPELLANTS' EXCERPTS OF RECORD
# INDEX VOLUME

---

Michael Burshteyn
Marcelo Barros
GREENBERG TRAURIG, LLP
101 2nd Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 590-5141

Jake Evans (pro hac vice)
Jordana R. Sternberg (pro hac vice)
GREENBERG TRAURIG, LLP
3333 Piedmont Road, NE, Suite 2500, Terminus 200
Atlanta, GA 30305
Telephone: (678) 553-2100

*Counsel for Plaintiffs-Appellants*

# INDEX


| Document | File Date | Dkt. No. | ER No. |
|---|---|---|---|
| **VOLUME 1 OF 4** | | | |
| Minutes/In Chambers Order Denying Plaintiffs' Motion for Reconsideration of Order Denying Temporary Restraining Order and Order to Show Cause re Preliminary Injunction | 03/12/26 | 72 | ER-002-ER-004 |
| Minute/In Chambers Order Denying Plaintiffs' Motion for Ex Parte Temporary Restraining Order and Order to Show Cause re Preliminary Injunction | 01/07/26 | 39 | ER-005- ER-010 |
| **VOLUME 2 OF 4** | | | |
| Notice of Lodging [Proposed] Order Granting Plaintiffs' Motion For Reconsideration Re ECF No. 39 | 03/11/26 | 71 | ER-012- ER-013 |
| Proposed Order Granting Plaintiffs' Motion For Reconsideration Re ECF No. 39 | 03/11/26 | 71-1 | ER-014- ER-023 |
| Notice Of Lodging Of Defendant Appfolio's [Proposed] Statement Of Decision On Beagle's Motion For Reconsideration Of Order Denying Ex Parte TRO And OSC Re Preliminary Injunction | 03/11/26 | 70 | ER-024- ER-025 |
| [Proposed] Statement Of Decision On Beagle's Motion For Reconsideration Of Order Denying Ex Parte TRO And OSC Re Preliminary Injunction | 03/11/26 | 70-1 | ER-026- ER-037 |
| Plaintiffs' Reply ISO Second Motion for Reconsideration | 03/09/26 | 69 | ER-038- ER-054 |




ACTIVE 722107001v2

| Document | File Date | Dkt. No. | ER No. |
|---|---|---|---|
| Declaration of Marcelo Barros ISO Reply on Second Motion for Reconsideration | 03/09/26 | 69-1 | ER-055- ER-059 |
| AppFolio's Memorandum in Opposition to Second Motion for Reconsideration | 03/02/26 | 68 | ER-060- ER-082 |
| Declaration Of Sean Saxena In Support Of Appfolio, Inc.'s Opposition To Plaintiffs' Motion For Reconsideration Of Order Denying TRO And OSC Re Preliminary Injunction | 03/02/26 | 68-1 | ER-083- ER-085 |
| Exhibit A to Declaration Of Sean Saxena ISO Opposition to Motion for Consideration | 03/02/26 | 68-2 | ER-086- ER-087 |
| Declaration of Delage ISO AppFolio's Opposition to Second Motion for Reconsideration ("robust write capability" assertion) | 03/02/26 | 68-3 | ER-088- ER-090 |
| Scheduling and Case Management Order | 02/12/26 | 67 | ER-091- ER-123 |
| Order Vacating Scheduling Conference and Referral to Private Mediation | 02/12/26 | 66 | ER-124 |
| Plaintiffs' Notice Of Lodging [Proposed] Order Granting Plaintiffs' Motion For Reconsideration Re ECF No. 39 | 02/11/26 | 65 | ER-125- ER-126 |
| [Proposed] Order Granting Plaintiffs' Motion For Reconsideration Re ECF No. 39 | 02/11/26 | 65-1 | ER-127- ER-128 |
| Notice of Motion and Second Motion for Reconsideration of Order Denying TRO | 02/11/26 | 64 | ER-129- ER-130 |

| Document | File Date | Dkt. No. | ER No. |
|---|---|---|---|
| Memorandum ISO Second Motion for Reconsideration | 02/11/26 | 64-1 | ER-131- ER-139 |
| Declaration of Anthony D'Angelo ISO Second Motion for Reconsideration (post-order customer attrition; AppFolio January 9, 2026 disparaging communications) | 02/11/26 | 64-2 | ER-140- ER-152 |
| Declaration of Ayanga Okpokowuruk ISO Second Motion for Reconsideration (post-order engineering testing of Scheduled Reports and Database API) | 02/11/26 | 64-3 | ER-153- ER-155 |
| Declaration of Michael Burshteyn ISO Second Motion for Reconsideration | 02/11/26 | 64-4 | ER-156- ER-157 |
| Preliminary Injunction Time Schedule Notice | 02/06/26 | 63 | ER-158- ER-160 |
| Joint Statement Pursuant To Local Rule 7-3 And Standing Order | 02/06/26 | 62 | ER-161- ER-164 |
| Answer to Complaint | 02/04/26 | 57 | ER-165- ER-187 |
| Text Order re: Motion for Reconsideration | 02/04/26 | 56 | ER-188 |
| AppFolio's Opposition to First Motion for Reconsideration of Order Denying TRO | 02/02/26 | 55 | ER-189- ER-208 |
| Declaration of Sean Saxena ISO AppFolio's Opposition to First Motion for Reconsideration | 02/02/26 | 55-1 | ER-209- ER-211 |
| Exhibit A to Saxena Declaration ISO AppFolio's Opposition to First Motion for Reconsideration | 02/02/26 | 55-2 | ER-212- ER-213 |

| Document | File Date | Dkt. No. | ER No. |
|---|---|---|---|
| Declaration of Nate Delage ISO AppFolio's Opposition to First Motion for Reconsideration | 02/02/26 | 55-3 | ER-214- ER-216 |
| Plaintiffs' Notice Of Lodging [Proposed] Order Granting Plaintiffs' Motion For Reconsideration Re ECF No. 39 | 01/21/26 | 54 | ER-217- ER-218 |
| [Proposed] Order Granting Plaintiffs' Motion For Reconsideration Re ECF No. 39 | 01/21/26 | 54-1 | ER-219- ER-220 |
| Notice of Withdrawal of Motion for Reconsideration | 01/21/26 | 53 | ER-219- ER-220 |
| Notice of Motion and First Motion for Reconsideration of Order Denying TRO (*stricken*) | 01/21/26 | 52 | ER-223- ER-224 |
| Memorandum ISO First Motion for Reconsideration | 01/21/26 | 52-1 | ER-225- ER-233 |
| Declaration Of Anthony D'angelo In Support Of Reconsideration Re Dkt 39 | 01/21/26 | 52-2 | ER-234- ER-246 |
| Declaration Of Ayanga Okpokowuruk In Support Of Reconsideration Re Dkt 39 | 01/21/26 | 52-3 | ER-247- ER-249 |
| Minutes Court Order re Scheduling Conference | 01/13/26 | 49 | ER-250- ER-251 |
| Stipulation Extending Time for AppFolio to Answer Complaint | 01/08/26 | 43 | ER-252- ER-254 |
| Notice of Lodging – Plaintiffs' [Proposed] Statement of Decision on Motion for Temporary Restraining Order | 01/05/26 | 38 | ER-255- ER-256 |

| Document | File Date | Dkt. No. | ER No. |
|---|---|---|---|
| [Proposed] Statement of Decision on Motion for Temporary Restraining Order | 01/05/26 | 38-1 | ER-257- ER-265 |
| Plaintiffs' Reply ISO Motion for TRO and Preliminary Injunction | 12/31/25 | 36 | ER-266- ER-275 |
| Declaration of Mike Brown ISO Reply (CEO of Big Beagle, Inc.) | 12/31/25 | 36-1 | ER-276- ER-288 |
| Declaration of Anthony D'Angelo ISO Reply | 12/31/25 | 36-2 | ER-289- ER-291 |
| **VOLUME 3 OF 4** | | | |
| Text Entry Order Re: Reply Brief | 12/30/25 | 34 | ER-293 |
| AppFolio's Memorandum in Opposition to Ex Parte Motion for Temporary Restraining Order | 12/29/25 | 33 | ER-294- ER-324 |
| Declaration of Jeremiah Levine ISO AppFolio's Opposition | 12/29/25 | 33-1 | ER-325- ER-327 |
| Exhibit A to AppFolio's Opposition – AppFolio's TRO Application Filed in Santa Barbara Superior Court (Case No. 25CV07670) | 12/29/25 | 33-2 | ER-328- ER-399 |
| Declaration of Sean Saxena ISO AppFolio's Opposition | 12/29/25 | 33-3 | ER-400- ER-409 |
| Exhibit [AppFolio Investor Day Presentation, November 18, 2025] | 12/29/25 | 33-4 | ER-410- ER-501 |
| Exhibit B to AppFolio's Opposition – AppFolio Scheduled Report Sample | 12/29/25 | 33-5 | ER-502- ER-503 |
| Exhibit C to AppFolio's Opposition – AppFolio Terms of Service | 12/29/25 | 33-6 | ER-504- ER-517 |
| Exhibit D to AppFolio's Opposition – CEO Letter (Brown damage-control email, December 9, 2025) | 12/29/25 | 33-7 | ER-518- ER-519 |

| Document | File Date | Dkt. No. | ER No. |
|---|---|---|---|
| Declaration of Nate Delage ISO AppFolio's Opposition (AppFolio Engineering Director) | 12/29/25 | 33-8 | ER-520- ER-529 |
| Standing Order | 12/29/25 | 32 | ER-530- ER-551 |
| Notice of Assignment | 12/29/25 | 27 | ER-552 |
| Order Transferring Case | 12/19/25 | 24 | ER-553- ER-559 |
| Plaintiff's Opposition to Transfer Venue | 12/19/25 | 22 | ER-560- ER-566 |
| Declaration of Michael Brown ISO Opposition to Motion to | 12/19/25 | 22-1 | ER-567- ER-590 |
| **VOLUME 4 OF 4** | | | |
| Declaration of Marcelo Barros ISO Opposition to Motion to Transfer Venue | 12/19/25 | 22-2 | ER-592- ER-606 |
| Minute Entry for Proceedings | 12/15/25 | 15 | ER-607- ER-608 |
| Order Setting Status Conference | 12/15/25 | 9 | ER-609- ER-610 |
| Plaintiffs' Ex Parte Motion for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction | 12/15/25 | 4 | ER-611- ER-631 |
| Notice of Motion for Ex Parte TRO | 12/15/25 | 4-1 | ER-632- ER-634 |
| Declaration of Brown ISO Ex Parte Motion for TRO | 12/15/25 | 4-2 | ER-635- ER-640 |
| Exhibit A to Brown Declaration | 12/15/25 | 4-3 | ER-641- ER-659 |
| Exhibit B to Brown Declaration | 12/15/25 | 4-4 | ER-660- ER-672 |

| Document | File Date | Dkt. No. | ER No. |
|---|---|---|---|
| Exhibit C to Brown Declaration | 12/15/25 | 4-5 | ER-673- ER-676 |
| Exhibit D to Brown Declaration | 12/15/25 | 4-6 | ER-677- ER-683 |
| Declaration of Anthony D'Angelo ISO Ex Parte Motion for TRO | 12/15/25 | 4-7 | ER-684- ER-686 |
| Exhibit A to D'Angelo Declaration – Beagle Product Description ("Autopilot for Renters Insurance Compliance") | 12/15/25 | 4-8 | ER-687- ER-691 |
| Declaration of Marcelo Barros ISO Ex Parte Motion for TRO | 12/15/25 | 4-9 | ER-692- ER-694 |
| Exhibit A to Declaration of Marcelo Barros ISO Ex Parte Motion for TRO | 12/15/25 | 4-10 | ER-695- ER-698 |
| Exhibit B to Declaration of Marcelo Barros ISO Ex Parte Motion for TRO | 12/15/25 | 4-11 | ER-699- ER-704 |
| Proposed Order Granting Ex Parte Motion for TRO | 12/15/25 | 4-12 | ER-705- ER-709 |
| Certificate of Interested Parties | 12/15/25 | 3 | ER-710- ER-711 |
| Proposed Summons | 12/15/25 | 2 | ER-712- ER-713 |
| Complaint (re-docketed in CDCA) | 12/15/25 | 1 | ER-714- ER-734 |
| First Amended Notice of Appeal to the Ninth Circuit Court of Appeals | 03/31/26 | 74 | ER-735- ER-737 |
| Representation Statement | 03/31/26 | 74-1 | ER-738- ER-741 |
| Notice of Appeal | 02/06/26 | 58 | ER-742- ER-748 |
| Representation Statement re Notice of Appeal | 02/06/26 | 59 | ER-749- ER-751 |

| Document | File Date | Dkt. No. | ER No. |
|---|---|---|---|
| Transcript of the December 15, 2025 Hearing Before Judge Araceli Martínez-Olguín. | N/A | N/A | ER-752- ER-762 |
| Civil Docket for Case No. 2:25-cv-12248-JFW-SSC – United States District Court, Central District of California | N/A | N/A | ER-763- ER-775 |